**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                 FAX (212) 964-2926

November 21, 2019

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
via ECF

        Re: United States v. Elizabeth McCaskill
           18 Cr. 612 (WHP)

Your Honor

    I write to request an adjournment of Elizabeth McCaskill's sentence which is currently scheduled for December 6, 2019. I need additional time to gather material that I wish to submit to the Court on Ms. McCaskill's behalf and to prepare a sentencing memorandum.
    The government, by Sarah Krissoff, Esq., consents to this request. Therefore, I request that the sentence be adjourned to a date in the end of January, 2020.

                         Respectfully,
                         *Lisa Scolari*
                         Lisa Scolari

Application granted.  Sentencing adjourned to January 31, 2020 at 11:00 a.m.

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

November 22, 2019