**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899             FAX (212) 964-2926

January 20, 2020

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
via ECF

            Re: United States v. Elizabeth McCaskill
                18 Cr. 612 (WHP)

Your Honor

      I write to request an adjournment of Elizabeth McCaskill's sentence which is currently scheduled for January 31, 2020. I need additional time to gather material that I wish to submit to the Court on Ms. McCaskill's behalf and to prepare a sentencing memorandum.
      The government, by Sarah Krissoff, Esq., consents to this request. Therefore, I request that the sentence be adjourned to a date in the end of March, 2020.

            Respectfully,
            *Lisa Scolari*
            Lisa Scolari

Application granted. Sentencing adjourned to March 27, 2020 at 11:30 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

January 21, 2020