**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                          FAX (212) 964-2926

March 15, 2020

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
via ECF

                        Re: United States v. Elizabeth McCaskill
                            18 Cr. 612 (WHP)

Your Honor

      I write to request an adjournment of Elizabeth McCaskill's sentence which is currently scheduled for March 27, 2020.  Ms. McCaskill lives in South Carolina in a household that currently has several sick children. It is not advisable for her to travel as she herself may become ill. In this time of increasing public health risk, it is unclear when it will be safe for people to travel by air. Therefore I am asking for a two month adjournment of Ms. McCaskill's case.
      The government, by Sarah Krissoff, Esq., consents to this request. Therefore, I request that the sentence be adjourned to a date in the end of May, 2020.

                                                  Respectfully,
                                                  *Lisa Scolari*

Application granted.  Sentencing     Lisa Scolari
adjourned to May 27, 2020 at 2:30 p.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

March 16, 2020