**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                      FAX (212) 964-2926

May 18, 2020

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
via ECF

                              Re: United States v. Elizabeth McCaskill
                                      18 Cr. 612 (WHP)

Your Honor

      I write to request an adjournment of Elizabeth McCaskill's sentence which is currently scheduled for May 27, 2020, to a date in the end of June, 2020. The defense will be making a request to proceed to sentence by either video or telephonically at that time.
      The government, by Sarah Krisoff, Esq. consents to this application. Therefore, I request that the sentence be adjourned to a date in the end of June, 2020.

                                                      Respectfully,
                                                      *Lisa Scolari*
                                                      Lisa Scolari

Application granted.  Sentencing adjourned to June 24, 2020 at 11:00 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III
       U.S.D.J.

May 18, 2020