**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                             FAX (212) 964-2926

June 16, 2020

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
via ECF

        Re: United States v. Elizabeth McCaskill
            18 Cr. 612 (WHP)

Your Honor

    I write to request that Elizabeth McCaskill's sentence which is currently scheduled for June 24, 2020, be adjourned to a date in the end of September, 2020. As Ms. McCaskill lives in South Carolina, the defense anticipates making a request to proceed to sentence by either video or telephonically.

    The government, by Sarah Krisoff, Esq. consents to this application. Therefore, I request that the sentence be adjourned to a date in the end of September, 2020.

                                  Respectfully,
                                  *Lisa Scolari*
                                  Lisa Scolari

Application granted.  Sentencing adjourned
to September 30, 2020 at 11:00 a.m.

SO ORDERED:

*[signature]*
WILLIAM H. PAULEY III
U.S.D.J.

June 17, 2020