**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                                                    FAX (212) 964-2926

September 15, 2020

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
via ECF

Re: United States v. Elizabeth McCaskill
18 Cr. 612 (WHP)

Your Honor

    I write to request that Elizabeth McCaskill's sentence which is currently scheduled for September 30, 2020, be adjourned due to the covid 19 pandemic.
    The government, by Sarah Krisoff, Esq., consents to this application. Therefore, I request that the sentence be adjourned to a date in December, 2020, other than December 3, or 17, 2020.

Respectfully,

*Lisa Scolari*

Lisa Scolari

Application granted. Sentencing adjourned to December 9, 2020 at 11:30 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

September 15, 2020