**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
Lscolarilaw@earthlink.net

TEL. (212) 227-8899                                                    FAX (212) 964-2926

November 20,  2020

Hon. William H. Pauley, III
United States District Court
500 Pearl Street
New York, N.Y. 10007
via ECF

Re: United States v. Elizabeth McCaskill
18 Cr. 612 (WHP)

Your Honor

     I write to request that  Elizabeth McCaskill's sentence which is currently scheduled for December 9, 2020, be adjourned due to the covid 19 pandemic.
     The government, by Sarah Krisoff, Esq.,  consents to this application. Therefore, I request that the sentence be adjourned to a date in late March, or early April,  2021.


Respectfully,

*Lisa Scolari*

Lisa Scolari

Application granted.  Sentencing
adjourned to April 6, 2021 at 11:00 a.m.

   SO ORDERED:


WILLIAM H. PAULEY III
U.S.D.J.


November 23, 2020