UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2021

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:18-cr-612 (MKV) |
| ELIZABETH McCASKILL, | ORDER |
| Defendant. | |

MARY KAY VYSKOCIL, United States District Judge:

Earlier today, this case was reassigned to me. The Sentencing scheduled for July 8, 2021 at 11:00AM is adjourned *sine die*. The Court will set a new date for sentencing after consultation with the parties.

The parties are directed to provide, on or before July 14, 2021, copies of all documents submitted in connection with the sentencing, including both parties' sentencing submissions and exhibits attached thereto. The documents should be emailed to VyskocilNYSDChambers@nysd.uscourts.gov. The Court also notes that the Government's sentencing submission is not filed on the ECF docket. The Government must file the document on or before July 14, 2021.

In order to facilitate rescheduling Defendant's Sentencing, the parties are directed to confer and provide the Court will their availability for a rescheduled sentencing proceeding in the weeks between August 16, 2021 and September 30, 2021.

**SO ORDERED.**

**Date: July 6, 2021**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**