```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   8/5/21
```

UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          -against-

ELIZABETH Mc CASKILL,

          Defendant.

---

1:18-cr-612 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

Sentencing for Elizabeth Mc Caskill is scheduled for 10/7/2021 at 10:00 AM before Judge Mary Kay Vyskocil.

The proceeding will be held by videoconference. Links have been sent to all participants. Interested parties may join by dialing 917 933-2166 using ID 319 969 354.

**SO ORDERED.**

**Date: August 5, 2021**

*[signature]*
MARY KAY VYSKOCIL
United States District Judge