USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

       -v-

Elizabeth McCaskill ,
               Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO
CONFERENCE OR TELEPHONE
CONFERENCE

__18__-CR-__612__(__MKV__)(__)

Defendant __Elizabeth McCaskill__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_X_ Sentence

_Lisa Scolari for Elizabeth McCaskill
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____Elizabeth McCaskill_____
Print Defendant's Name

____/s/___Lisa Scolari _____
Defense Counsel's Signature

_Lisa Scolari_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____10/7/21_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge
(signed: Mary Kay Vyskocil)